AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. MJ-23-38-STE |
| Miguel Angel Adan-Albarran | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 25, 2023__ in the county of __Canadian__ in the __Western__ District of __Oklahoma__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession of methamphetamine with intent to distribute |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas A. Ethridge
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Jan 26, 2023**

_____
*Judge's signature*

City and state: Oklahoma City, Oklahoma

SHON T. ERWIN, U.S. Magistrate Judge
*Printed name and title*

# WESTERN DISTRICT OF OKLAHOMA
## OKLAHOMA CITY, OKLAHOMA

STATE OF OKLAHOMA    )
                     )
COUNTY OF OKLAHOMA  )

## A F F I D A V I T

I, Thomas A. Ethridge, being duly sworn, depose and state the following:

### INTRODUCTION

1. I, Thomas A. Ethridge, am a Special Agent (SA) of the Drug Enforcement Administration (DEA) and have been so employed since February of 2000. Prior to my assignment with the DEA, I worked as a Police Officer for the city of Greenwood, Mississippi, from March 1996 until October 1997 and as a Probation and Parole Officer for the State of Mississippi from October 1997 until February 2000. I am presently assigned to the DEA Oklahoma City District Office Tactical Diversion Squad (TDS).

2. During my nearly 27-year career in law enforcement, I have received training and conducted investigations related to illicit drugs and the distribution of illicit drugs in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), 846, and others. I have participated in many aspects of drug investigations including the following: undercover operations; surveillance;

search warrants; arrests; reviewing taped conversations and drug records, along with debriefing defendants, informants, and witnesses who had personal knowledge regarding major narcotics trafficking organizations. My participation in numerous narcotic investigations on the state, federal, and international levels have resulted in the apprehension of suspects for narcotic-related charges.

3. I have had conversations with and been in the company of other experienced local, state, and federal law enforcement officers, as well as prosecuting attorneys representing both state and federal systems, concerning narcotics and dangerous drug trafficking activities and criminal violations.

4. This affidavit is submitted in support of a criminal complaint charging Miguel Angel ADAN-Albarran with Possession With the Intent to Distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1). My knowledge of information contained in this affidavit is based on my direct participation and discussions with other investigators directly involved in this investigation. The facts contained in this affidavit are offered to establish probable cause, and do not represent every fact known to myself or other participating agents.

**PROBABLE CAUSE**

5.      On January 25, 2023, Investigators of the Canadian County Sheriff's Department were conducting an interdiction operation intended to disrupt criminal activity and threats to public safety along Interstate 40 (I-40) in Canadian County, Oklahoma through the use of an enhanced traffic enforcement program.

6.      On January 25, 2023, at approximately 6:20 p.m., while on patrol as part of the operation described *infra*, Investigator Maurice James of the Canadian County Sheriff's Department observed a red 2021 Toyota Tacoma pickup truck bearing Texas State license plate number PFY9320, traveling eastbound on I-40 near Gregory Road.[1]  Investigator James observed the Toyota driving in the left lane, when it drifted right and began driving on the lane line that separates the left lane from the middle lane.  After observing the traffic violation of failure to maintain a single lane of traffic, Investigator James activated his emergency lights and siren in order initiate a stop on the

---

[1]    The 2021 Toyota Tacoma is a rental vehicle from Hertz Rent-A-Car, registered to Ean Holdings Corporation, 6505 Convair Road, Building A, Suite 440, El Paso, Texas.  The registration is valid through February 2023.

vehicle for the traffic violation.[2] The driver of the Toyota, later identified as Miguel Angel ADAN-Albarran (hereinafter referred to as "ADAN"), parked the vehicle on the side of I-40 and Investigator James approached the vehicle to initiate contact with ADAN.

7. As Investigator James approached the vehicle to initiate contact with the driver of the vehicle, he observed a large, oversized tire laying in plain view in the rear bed of the pickup truck. Based on Investigator James' training and experience, he noted that the tire appeared to be larger in size compared to the wheels and tires which were affixed to the vehicle. Investigator James initiated contact with ADAN, the sole occupant of the vehicle, who was talking on his cellular telephone as Investigator James arrived at the passenger side of the vehicle. Investigator James requested that ADAN terminate the telephone conversation and speak with him directly. Investigator James observed ADAN was limited in his ability to speak English, however, Investigator James was able to communicate effectively and asked ADAN of his point of origin and final destination of travel. Investigator James informed me that ADAN stated he began his travel in California and was intending to travel to Oklahoma City, Oklahoma. Investigator James then asked ADAN

---

[2] Title 47 Oklahoma Statutes §11-309 requires that "a vehicle shall be driven as nearly as practicable entirely within a single lane."

4

who the Toyota was registered to, which ADAN explained it was a rental vehicle that had been rented by a third (unidentified) individual who was not present in the vehicle. As Investigator James processed the traffic infraction, he inquired about suspicious circumstances surrounding the trip. Investigator James asked ADAN about the large spare tire which was located in the bed of the pickup truck, to which ADAN replied, "I don't know, the guy put it there," (referring to the unidentified third party who rented the vehicle). Investigator James then asked ADAN why he was traveling to Oklahoma City, Oklahoma, which he replied, "to visit a girl." Investigator James observed that ADAN appeared to be nervous in his behavior while answering questions and was attempting to be deceitful in his responses to routine questioning. Based on these observations, Investigators requested a State certified drug detection canine unit be dispatched to his location in order to conduct an open air "sniff" of the vehicle.

8.     While waiting for the canine unit to arrive, Investigator James requested identity documents from ADAN, which included a Mexican Driver's License and B1/B2 Visa Border Crossing Card issued by the United States Department of State. After approximately 15-20 minutes, a canine unit arrived to assist in an open air "sniff" of the vehicle, which resulted in a positive alert to the rear of the pickup truck bed. Investigator James removed the spare tire from the vehicle and observed its weight was significantly heavier than

that of a normal spare tire and wheel. Based on these observations, Investigator James placed ADAN into custody and transported him to an off-site location of the Canadian County Sheriff's Department.

9.      Following the detention of ADAN, Investigator James contacted Canadian County Investigator Jason Skaggs and DEA Special Agent (SA) Thomas A. Ethridge to assist in the investigation. Investigator James then requested a tow truck to remove the Toyota from the roadway and transported ADAN to a Canadian County Sheriff's Department facility to process the evidence and conduct an interview of ADAN. Upon arriving at the Sheriff's Department facility, Investigator James removed 30 individual packages, wrapped in clear plastic cellophane, containing a crystalline-like substance from within the spare tire. Investigator James conducted a field test on the substance, which yielded presumptive positive results for the presence of methamphetamine. The packages weighed approximately 30 pounds.

10.     SA Ethridge and Investigator Skaggs arrived at the Sheriff's facility and were briefed on the situation by Investigator James. It should be noted that although SA Ethridge is not a native Spanish speaker, he has conducted extensive formal training provided by the DEA to learn Spanish and was previously assigned to the U.S. Embassy in La Paz, Bolivia, where Spanish is the predominant spoken language. Additionally, SA Ethridge was assigned to the U.S. Consulate in Sao Paulo, Brazil and was formally trained in the

6

Portuguese language, which is the spoken language of Brazil and is similar to the Spanish language. SA Ethridge was able to communicate with ADAN in the Spanish language.

11. SA Ethridge, as witnessed by Investigator Skaggs, provided ADAN with a Miranda Advisement Form, in the Spanish language. SA Ethridge also allowed ADAN to the read the advisement in the Spanish language. After reading and hearing the advisement, ADAN waived his right to remain silent and agreed to speak with investigators without an attorney.

12. SA Ethridge conducted the interview of ADAN in the Spanish language. ADAN admitted that he had agreed to transport drugs to Oklahoma.

13. Based upon my training and experience, I know that possession of methamphetamine and the amount seized by Law Enforcement in this case was inconsistent with personal use, and therefore, was intended for redistribution.

14. Based on the above, I believe probable cause exists to believe ADAN committed the offense of Possession with the Intent to Distribute, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine in the Western District of Oklahoma, in violation of Title 21, United States Code, Section 841(a)(1).

Thomas A. Ethridge, Special Agent
Drug Enforcement Administration

Sworn and subscribed before me this 26th day of January 2023.

SHON T. ERWIN
United States Magistrate Judge